FILED

02/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0065

_____

L. CRAIG SEMENZA,

      Plaintiff and Appellant,

    v.

HOLLISTER A. LARSON, et al., HOLLY JEAN
LARSON, both individually and collectively d/b/a
FIRST & MAIN BUILDING,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to L. Craig Semenza, to all counsel of record, and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 1 2023